Darlene VARGO, an individual and as Administratrix of the Estate of Andrew A. Vargo, Deceased, Appellant,

v.

KOPPERS COMPANY, INC., ENGINEERING & CONSTRUCTION DIVISION, a/k/a Koppers Industries, Inc., Appellee.

Supreme Court of Pennsylvania.

Sept. 24, 1998.

***ORDER CLARIFYING JUDGMENT***

PER CURIAM:

AND NOW, this 24th day of September, 1998, we **DENY** the Application for Reargument and **REMAND** this case to the Superior Court for consideration of issues raised but not decided in Appellee's direct appeal.

---

1. Contrary to Appellee's assertions, the trial judge did not state, or even indicate, that Appellee was guilty but merely recounted that there were only two people present during the alleged assault, each with differing versions of what occurred, and it was the jury's duty to determine who was telling the truth.